of the United States Air Force Court of Criminal Appeals is affirmed.\* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0542/NA. U.S. v. Dominique York. CCA 201300287. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Navy–Marine Corps Court of Criminal Appeals is affirmed.\*\* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–6005/AF. U.S. v. Jacob R. McIntyre. CCA 2013–24. On consideration of the issue certified by the Judge Advocate General of the Air Force, 73 M.J. 262 (C.A.A.F. 2014), Appellee's motion to supplement the record, and Appellant's motion to supplement the record, we conclude that the military judge did not abuse his discretion in granting the motion to suppress Appellee's oral and written statements for lack of corroboration. Accordingly, it is ordered that the motions to supplement the record are granted; the certified issue is answered in the negative; and the decision of the United States Air Force Court of Criminal Appeals is affirmed.\*\*\* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–6008/AF. U.S. v. Steven E. Seton. CCA 2013–27. On consideration of the issue certified by the Judge Advocate General of the Air Force, 73 M.J. 282 (C.A.A.F. 2014), and Appellee's motion to supplement the record, we conclude that the military judge did not abuse his discretion in finding a Rule for Courts–Martial 703 violation and dismissing the Charge and Specification with prejudice. Accordingly, it is ordered that the motion to supplement the record is granted; the certified issue is answered in the negative; and the decision of the United States Air Force Court of Criminal Appeals is affirmed.† [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0379/AR. U.S. v. Vincent J. Umholtz. CCA 20111013. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–0384/AF. U.S. v. Patrick J. Huey, Jr. CCA 38139. Review granted on the following issue:

> WHETHER THE GENERAL VERDICT OF GUILT RESTED ON CONDUCT THAT WAS CONSTITUTIONALLY PROTECTED, IN THAT AT LEAST ONE OF THE IMAGES PRESENTED TO THE FINDER OF FACT WAS NOT CHILD PORNOGRAPHY.

Briefs will be filed under Rule 25.

---

\* It is directed that the promulgating order be corrected to (1) change the pleas to Charges I and II from "Not Guilty" to "Guilty," (2) change the finding to Charge I from "Dismissed after arraignment" to "Guilty," and (3) spell the word "specification" correctly in specification 1 of Charge I.

\*\* It is directed that the decision of the United States Navy–Marine Corps Court of Criminal Appeals be corrected to reflect that Appellant pled not guilty to Specification 2 of Charge II and this specification was withdrawn prior to announcement of findings vice Specification 1 of Charge II.

\*\*\* Chief Judge Baker would have held oral argument before deciding this case.

† Chief Judge Baker and Judge Ohlson would have held oral argument before deciding this case.